IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| TAYAUN MESSER, § | |
| § | |
| Plaintiff § | |
| § | No. 1:20-cv-00125-LY |
| v. § | |
| § | |
| THE LINCOLN NATIONAL LIFE § | |
| INSURANCE COMPANY, § | |
| § | |
| Defendant § | |

## NOTICE OF SETTLEMENT CONCERNING ATTORNEY'S FEES AND COSTS

Defendant The Lincoln National Life Insurance Company hereby gives notice to the Court that the parties have reached a settlement that resolves all the remaining post-judgment issues concerning attorney's fees and costs. Accordingly, there are no further issues or motions before the Court that require resolution.

Dated: October 1, 2021

    Respectfully submitted,

    MCDOWELL HETHERINGTON LLP

    By: */s/ Jason A. Richardson*
    Jason A. Richardson
    Texas Bar No.: 24056206
    1001 Fannin Street, Suite 2700
    Houston, Texas 77002
    Telephone: (713) 337-8872
    Facsimile: (713) 337-8862
    Email: Jason.Richardson@mhllp.com
    *Counsel for Defendant*

## CERTIFICATE OF SERVICE

  I certify that on October 1, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Jon M. Smith
3305 Northland Drive
Suite 500
Austin Texas 78731
Telephone: (512) 371-1006
Facsimile: (512) 476-6685
Email: jon@jonmichaelsmith.com

                /s/ *Jason A. Richardson*
                Jason A. Richardson